NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1088

CELIA JANE JOHNSON CURETON
VERSUS
JAMES HOWARD CURETON

**********
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU  NO. 01-3675
HONORABLE LILYNN CUTRER, DISTRICT JUDGE

**********

MARC T. AMY
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and Marc T. Amy, Judges.

MOTION TO DISMISS GRANTED.  APPEAL CONVERTED INTO
APPLICATION FOR SUPERVISORY WRIT.

Henry R. Liles
940 Ryan Street
Lake Charles, LA 70601
(337) 433-8529
COUNSEL FOR PLAINTIFF/APPELLEE:
      Celia Jane Johnson Cureton

James B. Doyle
930 Lakeshore Drive
Lake Charles, LA 70601
(337) 433-5999
COUNSEL FOR DEFENDANT/APPELLANTS:
      James Howard Cureton